# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:15-CV-00034-JMS-KJM |
| CASE NAME: | Rachel K.M. Marrero, *Individually and as Personal Representative of the Estate of ANTONIO SIAKI MARRERO, Deceased, and as the Court-Appointed Next Friend for the Minor Children Z.T.S.M., A.A.J.M., and A.J.F.*, et al v. United States of America |
| ATTYS FOR PLA: | L. Richard Fried , Jr. |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - No Record |
| DATE: | 07/29/2016 | TIME: | 9:30 - 9:35 |

COURT ACTION:  EP: FURTHER STATUS CONFERENCE RE: SETTLEMENT hearing held.

Discussion held on status of settlement.

Base on confirmation this case has settled.  Therefore trial date and all other dates and deadlines are hereby vacated.

Stipulation for Dismissal is due by September 27, 2016 and shall be emailed to seabright_orders@hid.uscourts.gov

*Submitted by: Bernie Aurio, Courtroom Manager*